JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR ARRIOLA-TICAS,

      Petitioner,

      v.

ERNESTO SANTACRUZ JR., et al.,

      Respondents.

No. 5:26-cv-02960-BFM

**JUDGMENT**

      Pursuant to the Order Granting Amended Petition (ECF 10), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. Petitioner reports that he has been released from Respondents' custody. (ECF 11.) The Court therefore directs the Clerk of Court to close this case.

DATED: JULY 7, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE